## PHILLIPS *v.* NAPIER BROTHERS.

COBB, J. This case is controlled by the established and thoroughly settled rule, that where no error of law has been committed by the trial court, a finding of fact based upon conflicting evidence will not by this court be disturbed.                    *Judgment affirmed. All the Justices concurring.*

Argued February 27, — Decided March 22, 1897.

Complaint on note. Before Judge Ross. City court of Macon. June term, 1896.

*Hardeman & Moore,* for plaintiff in error.

*Smith & Jones,* contra.